IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE 1, and JOHN DOE 2, | |
| Plaintiffs, | 8:25CV590 |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR, OSHA, JULIE A. SU, Acting Secretary of Labor (official capacity); LPP, and SIGNAL SECURITY, | MEMORANDUM AND ORDER |
| Defendants. | |

Plaintiff John Doe 1, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiffs' Motion, the Court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff John Doe 1 is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 30th day of September, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge