IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE 1, and JOHN DOE 2,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR, OSHA, JULIE A. SU, Acting Secretary of Labor (official capacity; LPP, and SIGNAL SECURITY,<br><br>    Defendants. | 8:25CV590<br><br>MEMORANDUM AND ORDER |

    Plaintiff John Doe 1 and John Doe 2 filed a complaint, Petition for Writ of Mandamus, and Motion for Temporary Restraining Order on September 30, 2025. Filing No. 1. Both plaintiffs filed without the assistance of counsel. John Doe 2 did not file a motion to proceed in forma pauperis, pay the filing fee, or sign the complaint. John Doe 1's motion to proceed in forma pauperis was granted, and he was advised that as a non-attorney, he cannot represent the interests of John Doe 2. Filing No. 5.

    The Court ordered that on or before October 31, 2025, John Doe 2 "must (1) file a signed copy of the Complaint and (2) either pay the $405.00 filing and administrative fees or submit a request to proceed in forma pauperis to the Clerk's office." Filing No. 5 at 2. The order warned that "[f]ailure to comply with this Memorandum and Order will result in Plaintiff John Doe 2 being dismissed as a party to this case without prejudice and without further notice." *Id*.

    John Doe 2 has not paid the filing fee or a signed copy of his complaint.

Accordingly,

IT IS ORDERED:

1. Plaintiff John Doe 2's complaint is dismissed for failure to comply with court orders and failure to prosecute.

2. A separate judgment will be entered.

Dated this 24th day of November, 2025.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Senior United States District Judge