IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE 1,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED STATES DEPARTMENT OF LABOR-OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, (OSHA); LINCOLN PREMIUM POULTRY, (LPP); SIGNAL SECURITY, SARAH J. LINTHACUM, OSHA WPP Investigator, in her personal and official capacities; KRISTINA CARIGNAN, OSHA WPP Investigator, in her personal and official capacities; and DAVID KEELING, Assistant Secretary of Labor for OSHA (Official Capacity);<br><br>    Defendants. | 8:25CV590<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the Court on its own motion. On November 24, 2025, the Clerk of the Court sent an order to Plaintiff John Doe 1 at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 13. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **January 22, 2026**: check for address.

Dated this 23rd day of December, 2025.

BY THE COURT:

*John M. Gerrard*
_____
John M. Gerrard
Senior United States District Judge