IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN DOE 1,

              Plaintiff,

      vs.

UNITED STATES DEPARTMENT OF
LABOR-OCCUPATIONAL SAFETY
AND HEALTH ADMINISTRATION,
(OSHA); et. al.,

           Defendants.

**8:25CV590**

**MEMORANUDM AND ORDER**

This matter is before the Court on Plaintiff's motion to voluntarily "withdraw" Plaintiff John Doe 2 from these proceedings without prejudice (the "Motion"). Filing No. 7. However, Plaintiff John Doe 2 has already been dismissed from the proceedings. *See* Filing No. 10.

IT IS THEREFORE ORDERED THAT: the Motion, Filing No. 7, shall be denied as moot.

Dated this 18th day of March, 2026.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
Senior United States District Judge